# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALI REZA AHMADI,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>USCIS NEBRASKA SERVICE CENTER, et al.;<br><br>　　　　　　Defendants. | 4:25CV3109<br><br>ORDER |

This matter is before the Court on Joint Motion to Stay (Filing No. 6). Plaintiff filed this action seeking judicial review his Form I-601, Application for Waiver of Grounds of Inadmissibility ("Form I-601"), and under the Mandamus Act and Administrative Procedure Act for unreasonable delay of the adjudication of Plaintiff's waiver application. The parties have now jointly moved to stay this case "until the after RFE [Request for Evidence] response deadline has elapsed or until November 8, 2025." After review, the Court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. The parties' Joint Motion to Stay (Filing No. 6) is granted.
2. All case deadlines, including Defendants' responsive pleading deadline, are stayed pending further order of the Court;
3. On or before **November 10, 2025**, the parties shall file a joint report regarding the status of this case, including whether the parties believe the stay should continue or be lifted.

Dated this 2nd day of July, 2025.

BY THE COURT:

　s/Michael D. Nelson
United State Magistrate Judge